UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20247-PCH

ARANTZA CASTRO,

    Plaintiff,
v.

IKEA NORTH AMERICA SERVICES LLC,
a Foreign Limited Liability Company,
d/b/a IKEA,

    Defendant.
_____/

**ORDER OF COURT-MANDATED REQUIREMENTS
IN AMERICANS WITH DISABILITIES ACT CASES**

This matter is before the Court *sua sponte*. Plaintiff's claim arises out of an alleged violation of the Americans with Disabilities Act. To assist with the orderly and efficient management of this case, it is

ORDERED that within twenty-one days of this Order, Plaintiff shall (1) file a statement of claim consisting of two double-spaced pages in which Plaintiff shall summarize the alleged violation and the specific relief requested to cure the alleged violation; (2) serve Defendants with a copy of this Order, the statement of claim, and copies of all documents supporting the claim (e.g., records and sworn affidavits); and (3) upon service of the previously mentioned documents, file a notice of compliance with the Court.

It is further ORDERED that, within fourteen days of Plaintiff's compliance with the previously mentioned requirements, Defendants shall file a response to Plaintiff's statement of claim consisting of no more than two double-spaced pages and provide Plaintiff with copies of all documents supporting its defenses. Upon compliance with these requirements, Defendants shall file a notice of compliance with the Court.

It is further ORDERED that, within twenty-one days of this Order, Plaintiff shall file a verified statement setting forth the following information:

    1.    Plaintiff's counsel shall state whether Plaintiff's counsel has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District

of Florida to ascertain whether Defendants or Defendants' property has ever been sued <u>prior to the filing of this suit</u> for alleged violations for the same, similar, or any violations of the ADA. If such a search was not made prior to filing suit, Plaintiff's counsel shall conduct such a search of the records and file a notice with the Court indicating the results of the search.

2. If there has been a prior suit of the nature previously referenced, Plaintiff's counsel shall state the present status of that litigation if pending and, if not pending, the nature of the disposition (i.e., settlement, dismissal, or other).

3. If there was such litigation and it was disposed of by settlement, Plaintiff's counsel shall furnish to the Court specific details of the settlement, including any agreement for attorneys' fees and costs, either known to or ascertainable with reasonable inquiry by Plaintiff's counsel. Copies of these documents shall be furnished with the response to this Order. Plaintiff's counsel shall also inform the Court of whether Defendants (and/or property owned by Defendants and the subject matter of this suit) have complied with any settlement agreement and, if not, what actions Defendants must take to comply with the settlement agreement entered into in the prior litigation.

4. Plaintiff's counsel shall state what efforts were taken by the parties to the prior litigation to enforce the terms of any settlement agreement entered into in any prior litigation. Namely, Plaintiff's counsel shall indicate whether the property owner made any of the necessary repairs to the property to try to bring it into compliance with the ADA, and if not, what efforts the parties in the prior litigation have taken to enforce the settlement agreement entered into in that prior litigation.

**<u>Failure to comply with this order may result in default, dismissal, or the imposition of sanctions.</u>**

DONE and ORDERED in Miami, Florida, on January 24, 2024.

_____
Paul C. Huck
United States District Judge

<u>Copies furnished to:</u>
Counsel of Record