UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

CASE NO. 1:23-cv-20247-PCH

**ARANTZA CASTRO**,

    Plaintiff,

Vs.

**IKEA NORTH AMERICA SERVICES, LLC**
a Foreign For-Profit Corporation

    Defendant.
_____/

## PLAINTIFF COUNSEL'S VERIFIED CERTIFICATE OF COUNSEL REGARDING PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

ARANTZA CASTRO, by and through undersigned counsel, hereby files this Verified Certificate of Counsel Regarding Prior Filings Under the Americans With Disabilities Act per the Court's January 24, 2024 Order requiring same [D.E. 4]. As officers of the Court and attorneys for Plaintiff, the undersigned counsel hereby verifies the following:

1. This is an action, among other claims, for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. §§12181-12189 ("ADA"), as amended, and 28 C.F.R. Part 36, to prevent disability discrimination and allow equal access to Defendant's internet website by a visually disabled Plaintiff.

2. Prior to filing this lawsuit, the undersigned attorneys for the Plaintiff conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida using the search parameters Nature of Suit - 446 (Civil Rights: Americans with Disabilities - Other)  and have concluded that prior to the filing of this case on, the following the following cases have been filed and resolved:

- 1:23-cv-22729-RAR Alvear v. IKEA North America Services, LLC
- 0:20-cv-62198-RAR PETERSEN v. IKEA US RETAIL LLC
- 1:20-cv-20233-KMW Lucius v. Ikea Furniture USA, Incorporated

3. Under signed has contact counsel for Defendant seeking settlement documents relating to these or any other relevant cases, but has not received a response as of yet.

4. Undersigned will amend this certification if any new information is released to him prior to resolution of this case.

5.  The website at issue continues to be non-complaint pursuant to the ADA as alleged.

6. The property of Defendant that the Plaintiff visited in connection with his ADA claims was and is Defendant's website

7. Plaintiff made the visits to the Defendant's website on or about  December 2023, and January 2024 and other days prior, where specific barriers to Plaintiff's access to the website were found, and documented by the Plaintiff's forensic computer expert

Dated: February 13, 2024

                                                            Mendez Law Offices, PLLC
                                                            Attorneys for Plaintiff

P.O. BOX 228630

Miami, Florida 33172

Telephone: 305.264.9090

Facsimile: 1-305.809.8474

Email:info@mendezlawoffices.com

By: _____/s/_____

DIEGO GERMAN MENDEZ, ESQ.

FL BAR NO.: 52748

Adams & Associates, P.A.

Attorneys for Plaintiff

6500 Cowpen Road, Suite 101

Miami Lakes, FL  33014

Telephone:  305-824-9800

Facsimile:  305-824-3868

Email:  radamslaw@bellsouth.net

By:_____ /s/_____

RICHARD JOHN ADAMS, ESQ.,

FL BAR NO.: 770434