UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO                                                         CASE NO.: 1:24-CV-20247-PCH

Plaintiff,

vs

IKEA NORTH AMERICA SERVICES, LLC.

A foreign for-profit corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant. Parties seek 30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                       Mendez Law Offices, PLLC
                                       Attorneys for Plaintiff
                                       P.O. BOX 228630
                                       Miami, Florida 33172
                                       Telephone: 305.264.9090
                                       Facsimile: 1-305.809.8474
                                       Email: info@mendezlawoffices.com
                                       By: _____/s/_____
                                       DIEGO GERMAN MENDEZ, ESQ.
                                       FL BAR NO.: 52748

                                       Adams & Associates, P.A.
                                       Attorneys for Plaintiff
                                       6500 Cowpen Road, Suite 101
                                       Miami Lakes, FL  33014

Telephone:  305-824-9800
Facsimile:  305-824-3868
Email:  radamslaw@bellsouth.net
By:_____ /s/_____
RICHARD JOHN ADAMS, ESQ.
FL BAR NO.: 770434