UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20247-PCH

ARANTZA CASTRO,

    Plaintiff,
v.

IKEA NORTH AMERICA SERVICES LLC,
a Foreign Limited Liability Company,
d/b/a IKEA,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 10], filed on March 16, 2024. The Court has reviewed the Notice and is otherwise duly advised. Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on March 18, 2024.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record